UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO,<br><br>             Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>             Defendants, | Case No. 1:11 CV-01786-MJS<br><br>Judge: Hon. Michael J. Seng<br><br>Complaint Filed: October 6, 2011<br><br>ORDER GRANTING RELIEF FROM THE COURT'S SCHEDULING ORDER |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's February 28, 2012 Scheduling Order is amended as follows:

   a. The discovery cut cutoff deadline shall be extended from November 14, 2012 to February 22, 2013..

   b. The expert disclosure deadline of November 14, 2012 and the expert rebuttal disclosure date of November 28, 2012 are continued to December 21, 2012 and January 25, 2013 respectively.

   c. The expert discovery cutoff deadline of December 31, 2012 is continued to February 22, 2013.

   d. All other dates in the Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: November 10, 2012  /s/ *Michael J. Seng*
             UNITED STATES MAGISTRATE JUDGE