1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  YOLANDA GORDILLO and          )  Case No. 1:11 CV-01786-MJS
    GABRIEL PRECIADO,             )
12                                )  Judge: Hon. Michael J. Seng
                                  )
13            Plaintiffs,         )  Complaint Filed: October 6, 2011
                                  )
14     vs.                        )  ORDER GRANTING RELIEF FROM
                                  )  THE COURT'S SCHEDULING
15  FORD MOTOR COMPANY, and DOE   )  ORDER
    1 through DOE 10 inclusive,   )
16                                )
              Defendants,         )
17  _____)

18

19      HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE

20  PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

21

22      The Court's February 28, 2012 Scheduling Order is amended as follows:

23           a. The discovery cut cutoff deadline shall be extended from

24  November 14, 2012 to February 22, 2013..

25           b. The expert disclosure deadline of November 14, 2012 and the expert

26  rebuttal disclosure date of November 28, 2012 are continued to December 21, 2012

27  and January 25, 2013 respectively.

28

1            c.   The expert discovery cutoff deadline of December 31, 2012 is

2    continued to February 22, 2013.

3            d. All other dates in the Scheduling Order shall remain the same.

6    IT IS SO ORDERED.

7    Dated:    November 10, 2012        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE