UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. 1:11 CV-01786-MJS <br><br> Judge: Hon. Michael J. Seng <br><br> Complaint Filed: October 6, 2011 <br><br> ORDER GRANTING A CONTINUANCE OF TRIAL AND RELATED DATES |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

1. The Court's Scheduling Order is amended as follows:

   a. The non-expert discovery cut cutoff deadline shall be April 1, 2013.

   b. The expert disclosure and the expert rebuttal disclosure deadlines shall be April 1, 2013 and April 15, 2013, respectively.

   c. The expert discovery cutoff deadline shall be May 14, 2013.

   d. Non-dispositive motions, if any, shall be filed on or before May 16, 2013.

   d.  Dispositive motions, if any, shall be filed and scheduled so that they may be heard no later than May 31, 2013.

   e.  The pre-trial conference in this matter shall be held on June 21, 2013.

   f. Trial shall commence on July 9, 2013.

2.  All other scheduled dates and deadlines not modified herein shall stand

3.  Absent presently unforseen and unforeseeable circumstances establishing good cause, **there shall be no further continuances**.

IT IS SO ORDERED.

Dated:   January 8, 2013    /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE