UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO, | Case No. 1:11 CV-01786-MJS |
| | Judge: Hon. Michael J. Seng |
| Plaintiffs, | Complaint Filed: October 6, 2011 |
| vs. | ORDER GRANTING A CONTINUANCE OF TRIAL AND RELATED DATES |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's Scheduling Order is amended as follows:

    a.    The new discovery cut cutoff deadline shall be July 2, 2013.

    b.    The new expert disclosure and the expert rebuttal disclosure deadlines shall be July 2, 2013 and July 19, 2013, respectively.

    c.    The expert discovery cutoff deadline shall be August 20, 2013.

      d.     The pretrial conference shall be held on September 20, 2013 at 9:30 a.m. Fresno Courtroom 6 (MJS) before Magistrate Judge Michael J. Seng .

      e.     Trial shall commence October 22, 2013 at 8:30 a.m. in Courtroom 6 (MJS) before Magistrate Judge Michael J. Seng.

## **ORDER**

IT IS SO ORDERED.

Dated:   May 3, 2013               /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE