1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

| 11 | Yolanda Gordillo et al, | No. 1:11-cv-01786-MJS |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **ORDER TO FILE DISPOSITIVE DOCUMENTS FOLLOWING NOTICE OF SETTLEMENT** |
| 14 | Ford Motor Company, | |
| 15 | Defendant. | **DISPOSITIVE DOCUMENTS TO BE FILED WITHIN 30 DAYS** |
| 16 | | |
| 17 | | **(ECF No. 35)** |

18
19
        On September 18, 2013, Plaintiff, Yolanda Gordillo et al, notified the Court that
20
the above matter settled in its entirety  (ECF No. 35).  In accordance with the provisions
21
of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive
22
documents be submitted no later than 30 days from the date of this Order.
23
        Failure to comply with this order may be grounds for the imposition of sanctions
24
on any and all counsel or parties who contribute to the violation of the Order.
25
        The Pretrial Conference set for September 20, 2013 at 9:30 a.m. is continued until
26
October 21, 2013 at 9:30 a.m. before Magistrate Judge Michael J. Seng in Courtroom 6
27
(MJS).  The Pretrial Conference and the trial shall be vacated only if, prior to October 21,
28

2013, all dispositional documents have been filed with the Court or good cause is shown for an extension of time to do so.

IT IS SO ORDERED.

Dated:   September 18, 2013          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE