UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO, | Case No. 1:11 CV-01786-MJS |
| | Judge: Hon. Michael J. Seng |
| Plaintiffs, | Complaint Filed: October 6, 2011 |
| vs. | ORDER VACATING PRE TRIAL CONFERENCE AND EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's Scheduling Order is amended as follows:

The pre trial conference in this matter is vacated.

The parties shall, on or before December 2, 2013, file notice confirming exchange of written settlement documents, surrender of the vehicle which is the subject of this litigation and payment to Plaintiff of settlement funds.

/////

/////

1    1:11-CV-01786-MJS

ORDER

Plaintiff shall file his motion for fees costs and expenses on or before December 16, 2013.

IT IS SO ORDERED.

Dated:     October 16, 2013              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE