1

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12  YOLANDA GORDILLO and          )   Case No. 1:11 CV-01786-MJS
    GABRIEL PRECIADO,             )
13                                )   Judge: Hon. Michael J. Seng
                                  )
14                   Plaintiffs,  )   Complaint Filed: October 6, 2011
                                  )
15       vs.                      )   ORDER VACATING PRE TRIAL
                                  )   CONFERENCE AND EXTENDING TIME
16  FORD MOTOR COMPANY, and DOE 1 )   TO FILE DISPOSITIONAL DOCUMENTS
    through DOE 10 inclusive,     )
17                                )
                     Defendants,  )
18  _____ )

19       HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES,

20  and GOOD CAUSE APPEARING, the Court Orders as follows:

21       The Court's Scheduling Order is amended as follows:

22          The pre trial conference in this matter is vacated.

23          The parties shall, on or before December 2, 2013, file notice confirming

24  exchange of written settlement documents, surrender of the vehicle which is the

    subject of this litigation and payment to Plaintiff of settlement funds.

25  /////

26  /////

27  _____
                           1                    1:11-CV-01786-MJS
28                              ORDER

1

2          Plaintiff shall file his motion for fees costs and expenses on or before

3     December 16, 2013.

4

5     IT IS SO ORDERED.

6     Dated:    __October 16, 2013__          __/s/ *Michael J. Seng*__

7                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER