UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO,<br><br>      Plaintiffs,<br><br> vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>      Defendants, | Case No. 1:11 CV-01786-MJS<br><br>Judge: Hon. Michael J. Seng<br>Complaint Filed: October 6, 2011<br><br>ORDER GRANTING EXTENSION TO FILE DISPOSITIONAL DOCUMENTS |

 HAVING CONSIDERED THE REQUEST OF THE PARTIES and GOOD CAUSE APPEARING, the Court Orders as follows:

 The parties shall file notice confirming exchange of written settlement documents, surrender of the vehicle which is the subject of this litigation and payment of settlement funds on or before 1/10/2014. Plaintiffs shall file their motion for fees, costs, and expenses on  or before 1/17/2014.

IT IS SO ORDERED.

Dated:   December 5, 2013             /s/ *Michael J. Seng*
               UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER