UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO,<br><br>      Plaintiffs,<br><br> vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>      Defendants, | Case No. 1:11 CV-01786-MJS<br><br>Judge: Hon. Michael J. Seng<br>Complaint Filed: October 6, 2011<br><br>ORDER GRANTING EXTENSION TO FILE DISPOSITIONAL DOCUMENTS |

  HAVING CONSIDERED THE REQUEST OF THE PARTIES and GOOD CAUSE APPEARING, the Court Orders as follows:

  Plaintiffs shall file their motion for fees, costs, and expenses on or before **February 22, 2014.**

IT IS SO ORDERED.

  Dated:  January 7, 2014       /s/ *Michael J. Seng*
                  UNITED STATES MAGISTRATE JUDGE