# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT

| | |
|---|---|
| YOLANDA GORDILLO and GABRIEL PRECIADO,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>　　　　　　　　　Defendants, | Case No. 1:11 CV-01786-MJS<br><br>Judge: Hon. Michael J. Seng<br>Complaint Filed: October 6, 2011<br><br>ORDER GRANTING EXTENSION TO FILE DISPOSITIONAL DOCUMENTS |

HAVING CONSIDERED THE REQUEST OF THE PARTIES and GOOD CAUSE APPEARING, the Court Orders as follows:

Plaintiffs shall file their motion for fees, costs, and expenses on or before **February 22, 2014.**

IT IS SO ORDERED.

Dated:　　January 10, 2014　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER