# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GORDILLO, ET AL, <br>     Plaintiff, <br> v. <br> FORD MOTOR COMPANY, <br>     Defendant. | No. 1:11-CV-1786-MJS <br><br> **ORDER TO DISMISS AND TO CLOSE ACTON** <br><br> **(ECF NO. 53)** |

Based on the parties' Stipulation for dismissal under F.R. Civ. P. 41 (a)(1)(A)(ii), this Court DISMISSES with prejudice this entire action and all claims and DIRECTS the Clerk to close this action.

IT IS SO ORDERED.

Dated: September 22, 2014       /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE